UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAWANNA BRANN,

    Plaintiff,                        Case No. 1:08-cv-325

v                                    HON. JANET T. NEFF

ORLANS ASSOCIATES,

    Defendant.
    _____/

## JUDGMENT

This is a civil action that appears to request validation of a debt under the "Fair Debt Collections Practices Act" and redress for violation of due process rights. On April 14, 2008, the Magistrate Judge filed a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915A(b) on grounds that the action is frivolous. The matter is presently before the Court on Plaintiff's objections to the Report and Recommendation. FED. R. CIV. P. 72(b)(3). The Court denies the objections and issues this Judgment. FED. R. CIV. P. 58.

28 U.S.C. § 636(b)(1) requires this Court to perform de novo consideration of those portions of the Report and Recommendation to which objections have been made. The objections must be clear enough to enable the district court to discern those issues that are dispositive and contentious. *Miller v. Currie,* 50 F.3d 373, 380 (6th Cir. 1995); *Howard v. Secretary of Health and Human Servs.,* 932 F.2d 505, 508-09 (6th Cir. 1991). See also W.D. Mich. LCivR 72.3(b).

Plaintiff's objections, titled a "Motion for Reconsideration," merely consist of quotations from case law. Plaintiff makes no argument challenging the Magistrate Judge's Report and Recommendation and therefore provides no basis for this Court's review.

For these reasons and because this action was filed *in forma pauperis*, this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Judgment would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997).

**THEREFORE, IT IS ORDERED** that the objections titled a "Motion for Reconsideration" (Dkt 6) are DENIED and the Report and Recommendation (Dkt 5) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint (Dkt 1) is DISMISSED pursuant to 28 U.S.C. § 1915A(b) for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C § 1915(a) that an appeal of the Judgment would not be taken in good faith.


Date: October 22, 2008         /s/ Janet T. Neff
                               JANET T. NEFF
                               United States District Judge